1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   YASIR MEHMOOD,                          No.  2:15-cv-673-MCE-EFB P

12                  Plaintiff,

13          v.                               FINDINGS AND RECOMMENDATIONS

14   FALK, et al.,

15                  Defendants.

16

17          Plaintiff is a federal pretrial detainee proceeding without counsel in this civil action.  This

18   proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

19          On December 9, 2015, plaintiff's complaint was dismissed with leave to amend.  That

20   order explained the deficiencies in the complaint and granted plaintiff thirty days to file an

21   amended complaint to cure the deficiencies identified in the screening order.  Plaintiff was

22   admonished that failure to file an amended complaint would result in a recommendation that this

23   action be dismissed.  ECF No. 16.  The time for acting has passed and plaintiff has not filed an

24   amended complaint or otherwise responded to the court's order.

25          A party's failure to comply with any order or with the Local Rules "may be grounds for

26   imposition by the Court of any and all sanctions authorized by statute or Rule or within the

27   inherent power of the Court."  E.D. Cal. Local Rule 110.  The court may dismiss an action with or

28   without prejudice, as appropriate, if a party disobeys an order or the Local Rules.  *See Ferdik v.*

1

1    *Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in

2    dismissing pro se plaintiff's complaint for failing to obey an order to re-file an amended

3    complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439,

4    1440-41 (9th Cir. 1988) (dismissal for pro se plaintiff's failure to comply with local rule

5    regarding notice of change of address affirmed).

6           Accordingly, it is hereby RECOMMENDED that this action be dismissed for failure to

7    prosecute and for failure to state a claim upon which relief may be granted.  Fed. R. Civ. P. 41(b);

8    E. D. Cal. Local Rule 110, 183(b); 28 U.S.C. § 1915A..

9           These findings and recommendations are submitted to the United States District Judge

10   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

11   after being served with these findings and recommendations, any party may file written

12   objections with the court and serve a copy on all parties.  Such a document should be captioned

13   "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

14   objections shall be served and filed within fourteen days after service of the objections.  The

15   parties are advised that failure to file objections within the specified time may waive the right to

16   appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*

17   *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

18   Dated:  January 20, 2016.

19

20                                 EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28