UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>          Plaintiff,<br><br>     v.<br><br>FALK, et al.,<br><br>          Defendants. | No. 2:15-cv-673-MCE-EFB P<br><br><br>ORDER |

   Plaintiff is a federal pretrial detainee proceeding without counsel in this civil action. On December 9, 2015, plaintiff's complaint was dismissed with leave to amend. That order explained the deficiencies in the complaint and granted plaintiff thirty days to file an amended complaint to cure the deficiencies identified in the screening order. Plaintiff was admonished that failure to file an amended complaint would result in a recommendation that this action be dismissed. ECF No. 16. On January 21, 2016, when plaintiff failed to timely file an amended complaint, the undersigned issued findings and recommendations recommending that this action be dismissed for failure to prosecute and failure to state a claim upon which relief may be granted. ECF No. 18.

   Plaintiff filed objections on February 22, 2016, in which he complains that a facility transfer has left his without his "legal papers," and that he has an impending trial in July. He requests a six-month extension of time to submit his amended complaint. Plaintiff's objections,

1 construed as a request for extension of time, is granted, to the extent that the court will hold the
2 findings and recommendations in abeyance for a period of 60 days.
3     The court notes that preparing an amended complaint does not require extensive legal
4 research, as it should not contain any legal citations, but only a short and plain statement of the
5 facts showing that plaintiff is entitled to relief.
6     Accordingly, IT IS HEREBY ORDERED that the January 21, 2016 findings and
7 recommendations are held in abeyance, and plaintiff has 60 days from the date of this order to
8 submit the amended complaint.  Should plaintiff fail to timely comply, those findings and
9 recommendations will be submitted to the district judge for consideration.
10 DATED: March 9, 2016.

                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE